IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-498-H

GARRY SANDERS,                    )
                                  )
        Plaintiff,                )
                                  )
                                  )
    v.                            )
                                  )        **ORDER**
                                  )
JOHN ELUWA, Wake County           )
Public Defender,                  )
                                  )
        Defendant.                )

        This matter is before the court for frivolity review.
United States Magistrate Judge Kimberly A. Swank filed an Order
and Memorandum and Recommendation ("M&R") ordering that
plaintiff's motion to proceed in forma pauperis be granted and
recommending that the complaint be dismissed in its entirety.
Plaintiff has filed no objections to the M&R, and the time for
doing so has expired.

        A full and careful review of the M&R and other documents of
record convinces the court that the recommendation of the
magistrate judge is, in all respects, in accordance with the law
and should be approved.

Accordingly, the court adopts the recommendation of the magistrate judge as its own and for the reasons stated therein, this action is DISMISSED in its entirety for lack of jurisdiction. The clerk is directed to close the case.

This $\underset{\sim}{22}$ day of September 2015.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

Case 5:14-cv-00498-H   Document 6   Filed 09/22/15   Page 2 of 2